UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　v.<br><br>PABLO PENALOZA ESPINO,<br>　a/k/a Pablo Penaloza Espinol,<br>　a/k/a Pablo Espino Penaloza,<br><br>　　Defendant. | No.　C-11-05707 CW<br>　　　CR-08-00836 CW<br><br>[~~PROPOSED~~] ORDER GRANTING UNITED STATES' REQUEST TO EXTEND DEADLINE FOR RESPONSE TO DEFENDANT'S MOTION UNDER 28 U.S.C. § 2255 |

The United States' deadline to respond to defendant's motion under 28 U.S.C. § 2255 is currently January 3, 2012. Pursuant to Crim. L. R. 47-3, and for the reasons stated in the United States' Request To Extend Deadline For Response To Defendant's Motion Under 28 U.S.C. § 2255, the United States requested that the Court extend the deadline to February 2, 2012. Specifically, the United States requested additional time to allow the United States to review, research, and respond to defendant's motion, and in light of government counsel's unavailability for several days in December.

**IT IS HEREBY ORDERED** that the United States' deadline to respond to defendant's motion under 28 U.S.C. § 2255 is extended to February 2, 2012.

DATED:___12/23/2011_____ 　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　United States District Court Judge